Eastern District of Kentucky
**FILED**

MAR 18 2009

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY (COVINGTON)

| | |
|---|---|
| ANGELA GERACI, f/k/a Angela McCarthey, **Plaintiff**, | CASE NO. 2:08-cv-00170-WOB  Judge William O. Bertelsman |
| v. | (ELECTRONICALLY FILED) |
| EQUIFAX, INC., et al **Defendants**. | |

### AGREED ORDER OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.

By agreement of the parties as represented by the signatures of their respective counsel below, and the Court in all ways being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that all claims by the Plaintiff Angela Geraci against Defendant Experian Information Solutions, Inc. are hereby dismissed with prejudice, each party to bear their own costs and expenses.

DATED March 18, 2009.

_William O. Bertelsman_
Hon. William O. Bertelsman
Judge

HAVE SEEN AND AGREE:

/s/ Debra S. Pleatman
Debra S. Pleatman (KY #85148)
Matthew C. Smith (KY #88072)
For ZIEGLER & SCHNEIDER, P.S.C.
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY 41017-5710
dpleatman@zslaw.com
msmith@zslaw.com

1

   /s/ Heather M. Boylan Clark (per email authorization)
Heather M. Boylan Clark, Esq.
Heather M. Boylan Clark, Esq.
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
hmboylanclark@jonesday.com

H:\LITIGATE\DSP\Geraci-Angela\Credit Card Cases\American Express-17865.32\Pleadings\Dismissal-Experian.wpd