UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

Eastern District of Kentucky
FILED

MAR 18 2009

AT COVINGTON
LESLIE G WHITMER
CLK U S DISTRICT COURT

CIVIL ACTION NO. 2008-170 (WOB)

ANGELA GERACI formerly
known as Angela McCarthy                          PLAINTIFF

VS.                           ORDER

EXPERIAN INFORMATION SOLUTIONS, INC.              DEFENDANT


        Pursuant to the Agreed Order of Dismissal entered herein by

the parties, and the court being advised,

        **IT IS ORDERED** that the motion of defendant Experian to

consolidate (Doc. 28) be, and it is, hereby **denied as moot**.

        This ___18th___ day of March, 2009.


                                  _____
                                  WILLIAM O. BERTELSMAN, JUDGE